IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRA BETTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0356-CG-N |
| | ) |
| CONECUH COUNTY BOARD OF | ) |
| EDUCATION, RONNIE BROGDEN, | ) |
| and MARY ANN DANFORD, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 9, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' "Motion to Dismiss Amended Complaint" (Doc. 20) is **DENIED**; that Betts's Amended Complaint (Doc. 19) is **STRICKEN** and that Betts is again **ORDERED** to file an amended complaint in accordance with the instructions set out in the Court's December 30, 2014 Order (Doc. 17) **no later than April 6, 2015**.

**DONE and ORDERED** this 30th day of March, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE