IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRA BETTS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CONECUH COUNTY BOARD OF ) | CIVIL ACTION NO. 14-00356-CG-N |
| EDUCATION, RONNIE BROGDEN ) | |
| and ) | |
| MARY ANN DANFORD, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C) and Federal Rule of Civil Procedure 72(b), and dated May 29, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' "Partial Motion to Dismiss" (Doc. 29) is **GRANTED** and that Count IV of the Second Amended Complaint (Doc. 28) is **DISMISSED**.

**DONE** and **ORDERED** this the 15th day of June, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE