IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRA BETTS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0356-CG-N |
| | ) |
| **CONECUH COUNTY BOARD OF EDUCATION, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties having filed a Joint Stipulation of Dismissal (Doc. 52), all claims in this action are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his, her or its own respective costs.

**DONE and ORDERED** this 3rd day of May, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE